UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>STANDARD INSURANCE CO., et al.,<br><br>        Defendants. | 1:15-cv-416-LJO-GSA<br><br>ORDER RE STIPULATION TO DISMISS (DOC. 15) |

     On June 17, 2015, the parties filed a stipulation to dismiss with prejudice Defendants Rent-A-Center and Rent-A-Center Group Long-Term Disability Plan. Doc. 15 at 1. Based on the parties' stipulation for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), this Court DISMISSES WITH PREJUDICE Defendants Rent-A-Center and Rent-A-Center Group Long-Term Disability Plan from this action.

IT IS SO ORDERED.

    Dated:   **June 18, 2015**                /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE