UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS WILLIAMS,<br><br>               Plaintiff,<br><br>   vs.<br><br>STANDARD INSURANCE COMPANY, a corporation; RENT-A-CENTER, a corporation; RENT-A-CENTER GROUP LONG-TERM DISABILITY PLAN, an ERISA plan; DOES 1 through 10, inclusive,<br><br>               Defendants. | CASE NO. 1:15-CV-00416-DAD-EPG<br><br>**ORDER ON JOINT REQUEST TO FILE ADMINISTRATIVE RECORD UNDER SEAL**<br><br>Complaint Filed:  3/16/2015 |

UPON CONSIDERATION OF Defendant Standard Insurance Company and Plaintiff Ross Williams' Joint Request to File Administrative Record Under Seal, and for good cause shown, it is hereby ORDERED that:

The Joint Request to File Administrative Record Under Seal is GRANTED.  The Clerk of the Court shall file, under seal, **the Administrative Record.**

IT IS SO ORDERED.

Dated:   **January 29, 2016**                  /s/ Dale A. Drozd
                                                        UNITED STATES DISTRICT JUDGE